1170/6700-

AO-10
Rev. 1/91

# FINANCIAL DISCLOSURE REPORT

Report Required by the Ethics
Reform Act of 1989, Pub. L. No.
101-194, November 30, 1989
(5 U.S.C.A. App. 6, §§101-112)

| . Person Reporting (Last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| HANSEN, C. LeROY | UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW MEXICO | 03/23/92 |

| . Title (Article III judges indicate active or senior status; Magistrate judges indicate full- or part-time) | 5. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| UNITED STATES DISTRICT JUDGE | X Nomination, Date 03/20/92<br>X Initial ___ Annual ___ Final | 01/01/91-02/29/92 |

. Chambers or Office Address

UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO
500 GOLD AVENUE NW
ALBUQUERQUE, NEW MEXICO    87102

IMPORTANT NOTES: *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on last page.*

## POSITIONS. (Reporting individual only; see pp. 7-8 of Instructions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| NONE (No reportable positions) | |
| DIRECTOR, PRESIDENT | CIVEROLO, HANSEN & WOLF, P. A. |
| | |

## AGREEMENTS. (Reporting individual only; see p. 8-9 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|
| NONE (No reportable agreements) | |
| 10/02/85 | CIVEROLO, HANSEN & WOLF, P. A., TERMINATION PAY OF $3,816 PER MONTH FOR 60 MONTHS |
| 11/29/84 | CIVEROLO, HANSEN & WOLF, P. A., PROFIT SHARING PLAN AND TRUST, SUNWEST BANK, TRUSTEE |

## . NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 9-12 of Instructions.)

| DATE<br>(Honoraria only) | SOURCE AND TYPE | GROSS INCOME<br>(yours, not spouse's) |
|---|---|---|
| NONE (No reportable non-investment income) | | |
| | CIVEROLO, HANSEN & WOLF, P. A., SALARY, ATTORNEY AND MANAGEMENT | $ 173,928 |
| | MUTUAL OF NEW YORK POLICY REDEMPTION | $ (s) |
| | PRINCIPAL MUTUAL LIFE POLICY REDEMPTION | $ 1,855 |
| | KANSAS CITY LIFE INS. CO. POLICY REDEMPTION | $ 273 |
| | NATIONAL COMMITTEE FOR PREVENTION OF CHILD ABUSE, SALARY | $ (s) |

EXHIBIT TO
PART II, QUESTION NO. 4

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting<br>C. LeROY HANSEN | Date of Report<br>03/23/92 |
|---|---|---|

## /. REIMBURSEMENTS and GIFTS – transportation, lodging, food, entertainment.
(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate reportable reimbursements and gifts received by spouse and dependent children, respectively. See pp.13-15 of Instructions.)

| SOURCE | DESCRIPTION |
|---|---|
| NONE (No such reportable reimbursements or gifts) | |
| EXEMPT | |

## . OTHER GIFTS. (Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate other gifts received by spouse and dependent children, respectively. See pp.15-16 of Instructions.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| NONE (No such reportable gifts) | | |
| EXEMPT | | $ |
| | | $ |
| | | $ |
| | | $ |

## l. LIABILITIES. (Includes those of spouse and dependent children; indicate where applicable, person responsible for liability by using the parenthetical "(S)" for separate liability of spouse, "(J)" for joint liability of reporting individual and spouse, and "(DC)" for liability of a dependent child. See pp.15-16 of Instructions.)

| CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|
| NONE (No reportable liabilities) | | |
| (J) SUNWEST BANK OF ALBUQUERQUE, N.A. | UNSECURED NOTES | K |
| | | |
| | | |
| | | |
| | | |
| | | |

* VALUE CODE ... J=$15,001 to $50,000 ... L=$50,001 to $100,000 ... M=$100,001 to $250,000 ... =$500,001 to $1,000,000 ... P=more than $1,000,000

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting | Date of Report |
|---|---|---|
| | C. LeROY HANSEN | 03/23/92 |

## II. INVESTMENTS and TRUSTS – income, value, transactions. (Includes those of spouse and dependent children; see pp. 18-27 of Instructions.)

| A. Description of Assets (including trust assets) Indicate, where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child. Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code (A-H) | (2) Type (e.g. div., rent or int.) | (1) Value Code (J-P) | (2) Value Method (Q-W) | (1) Type (e.g. buy,sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month· Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ALL ASSETS ARE COMMUNITY PROPERTY ☐ NONE (No reportable income, assets, or transactions) | | | | | EXEMPT | EXEMPT | | | |
| MERRILL LYNCH (J) | A | DIV. | J | T | | | | | |
| MONY (J) | A | INT. | J | T | | | | | |
| SUNWEST BANK OF ALBUQUERQUE, N.A. (J) | A | INT. | J | T | | | | | |
| NEW YORK LIFE POLICIES (J) | A | INT. | K | T | | | | | |
| CAPITAL INCOME PROPERTIES ROCKVILLE, MARYLAND (J) | A | INT. | K | W | | | | | |
| MERRILL LYNCH ENERGY PARTNERS II B (J) | B | ROY. | J | T | | | | | |
| DEFERRED COMPENSATION AGREEMENT FROM CIVEROLO, HANSEN & WOLF, P. A. | - | - | M | T | | | | | |
| 629 SHARES WESTERN BANC- SHARES OF ALBUQ. (J) | - | - | K | T | | | | | |
| 11 300 SHARES CHIPPEWA RESOURCES (J) | - | - | J | T | | | | | |
| 12 TWO ONE-ACRE LOTS IN COWLES, NEW MEXICO (J) | - | - | K | W | | | | | |
| 13 TWENTY-FIVE ACRES IN ESTANCIA, NEW MEXICO (J) | - | - | J | W | | | | | |
| 14 MERRILL LYNCH INDIVIDUAL RETIREMENT ACCOUNTS (J) | B | INT. | K | T | | | | | |
| 15 CIVEROLO, HANSEN & WOLF, P. A., PROFIT SHARING | | INT. | | | | | | | |
| 16 PLAN AND TRUST | D | DIV. ROY. | M | T | | | | | |
| 17 | | | | | | | | | |
| 18 | | | | | | | | | |
| 19 | | | | | | | | | |
| 20 | | | | | | | | | |

1 Income/Gain Codes: A=$1,000 or less    B=$1,001 to $2,500    C=$2,501 to 5,000    D=$5,001 to $15,000
(See Col. B1 & D4)    E=$15,001 to $50,000    F=$50,001 to $100,000    G=$100,001 to $1,000,000    H=More than $1,000,000
2 Value Codes:    J=$15,000 or less    K=$15,001 to $50,000    L=$50,001 to $100,000    M=$100,001 to $250,000
(See Col. C1 & D3)    N=$250,001 to $500,000    O=$500,001 to $1,000,000    P=More than $1,000,000
3 Value Method Codes: Q=Appraisal    R=Cost (real estate only)    S=Assessment    T=Cash/Market
(See Col. C2)    U=Book Value    V=Other    W=Estimated

Digitized by Google

355

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting<br>C. LeROY HANSEN | Date of Report<br>03/23/92 |
|---|---|---|

## VIII. ADDITIONAL INFORMATION or EXPLANATIONS. (Indicate part of Report.)

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

## X. CERTIFICATION.

In compliance with the provisions of 28 U.S.C. § 455 and of Advisory Opinion No. 57 of the Advisory Committee on Judicial Activities, and to the best of my knowledge at the time after reasonable inquiry, I did not perform any adjudicatory function in any litigation during the period covered by this report in which I, my spouse, or my minor or dependent children had a financial interest, as defined in Canon 3C(3)(c), in the outcome of such litigation.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C.A. app. 7, § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _C. LeRoy Hansen_____     Date ___03/23/92_____

C. LeRoy Hansen

NOTE:   ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C.A. APP. 6, § 104, AND 18 U.S.C. § 1001.)

FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:      Judicial Ethics Committee
                                                       Administrative Office of the
                                                       United States Courts
                                                       Washington, DC  20544

Digitized by Google

C. LeROY AND MAXINE HANSEN
Statement of Financial Condition
March 1, 1992

### Assets

| | | |
|---|---|---|
| Cash in checking accounts | $ | 3,000 |
| Cash surrender value of life insurance | | 20,000 |
| Deferred compensation (Note 3) | | 180,000 |
| Individual retirement accounts and vested interest in retirement plans | | 182,000 |
| Investments, partially pledged (Note 4) | | 75,600 |
| Personal residence, pledged | | 360,000 |
| Vehicles (3) partially pledged | | 25,000 |
| Personal effects | | 30,000 |
| | | 935,800 |

### Liabilities and Net Worth

| | | |
|---|---|---|
| Open payables | $ | 1,000 |
| Mortgages and notes payable (Note 6) | | 227,000 |
| Estimated income taxes (Note 8) | | 195,000 |
| Net worth | | 512,600 |
| | | 935,600 |

EXHIBIT TO
PART II, QUESTION NO. 5

Digitized by Google

C. LeROY AND MAXINE HANSEN
Notes to Financial Statements
March 1, 1992


1)  Estimated Current Value
    The accompanying financial statements include the assets and
    liabilities of C. LeRoy and Maxine Hansen.  Assets are
    stated at their estimated current value, and liabilities
    at their estimated amounts.

2)  Life Insurance
    At March 1, 1992, C. LeRoy Hansen owned approximately
    $300,000 of life policies and Maxine Hansen owned a
    $100,000 life policy.

3)  Deferred Compensation
    Deferred compensation arrangement with present
    employer provides for monthly payments of
    $3,817 for sixty months.  Payments commence
    upon retirement and are discounted at ten
    percent to present value.                         $    180,000
                                                      --------

                                                      $    180,000

4)  Investments
    Investments at March 1, 1992 consist of the
    following:

    626 shares in Western Bancshares of
    Albuquerque, New Mexico                           $     50,000

    Fractional interest in an energy-related
    limited partnership.  The estimated
    current value is determined by recent
    trade prices.                                            5,000

    .49% interest in a real estate limited
    partnership.  The value is estimated.                   20,000

    300 shares Chippewa Resources Corporation                 600
                                                      --------
                                                      $     75,000

Digitized by Google